UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
CITIZENS FOR RESPONSIBILITY AND          )
ETHICS IN WASHINGTION,                     )
                                                    )
            Plaintiff,                              )
                                                    )
      v.                                            )        Civil Action No. 08-1481 (PLF)
                                                    )
U.S. DEPARTMENT OF VETERANS              )
AFFAIRS,                                          )
                                                    )
            Defendant.                            )
_____ )

ORDER

      For the reasons stated in the accompanying Opinion issued this same day, it is

hereby

      ORDERED that defendant's renewed motion for summary judgment

[Dkt. No. 65] is GRANTED; it is

      FURTHER ORDERED that defendant's motion for reconsideration [Dkt. No. 55]

is DENIED as moot; and it is

      FURTHER ORDERED that the complaint is DISMISSED with prejudice.  The

Clerk of the Court shall remove this case from the docket of this Court.  This is a final appealable

order.  See FED. R. APP. P. 4(a).

      SO ORDERED.

                                          /s/_____
                                          PAUL L. FRIEDMAN
DATE:  September 24, 2014                 United States District Judge